## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WINIFRED WATSON-FLORENCE** | * | CIVIL ACTION NO. 2:15-cv-06261 |
| | * | |
| V. | * | JUDGE: Judge Martin L.C. Feldman |
| | * | SECTION: F |
| **CARLOS SOTO, 21ST CENTURY CENTENNIAL INSURANCE COMPANY, AND THE CITY OF NEW ORLEANS** | * * * * * | |
| | * | |
| | * | MAGISTRATE JUDGE: Janis Van Meerveld; DIVISION-1 |
| | * | |

*******************************************************************************

## ORDER OF FINAL DISMISSAL

**CONSIDERING** the foregoing Motion for Final Dismissal, and finding the same to be good and sufficient;

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims in this matter, filed against defendants, Carlos Soto and 21st Century Centennial Insurance Company, be and are dismissed, **WITH PREJUDICE**, with each party to bear their own costs.

Signed this 28th day of July, 2017, in New Orleans, Louisiana.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE